CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
August 18, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER WAYNE BOWMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:26CV00512 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **DAN SMITH, et al.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |

*Christopher Wayne Bowman, Pro Se Plaintiff.*

The plaintiff filed this action under 42 U.S.C. § 1983, using a § 1983 complaint form, alleging that jail officials violated his privacy rights. The complaint form directed Bowman to provide the name and address of his current facility. Following Bowman's submission of his Complaint, on July 15, 2026, the court entered an Order conditionally filing the civil action pending satisfaction of certain requirements to be completed within thirty days. By the same Order, Bowman was directed to notify the court in writing immediately upon his transfer or release from his facility and provide a new address. He was warned that failure to notify the court of an address change would result in dismissal of the case.

The Clerk mailed the July 15, 2026, Order to the address Bowman provided on his Complaint; however, the mailing was returned to the court on July 28, 2026, with no forwarding address provided. The returned envelope included a stamp

stating, "ATTEMPTED – NOT KNOWN." Mail. Ret., Dkt. No. 4. No further correspondence has been received from Bowman.

Without a current mailing address, the court cannot communicate with Bowman regarding next steps in the litigation and the matter is prevented from proceeding. Accordingly, the court concludes that Bowman may have lost interest in prosecuting this action and will, therefore, dismiss it without prejudice. *See Burrell v. Shirley*, 142 F.4th 239, 249 (4th Cir. 2025) (providing that Federal Rule of Civil Procedure 41(b) provides an explicit basis for courts to dismiss a case for failure to prosecute or comply with court orders).

For these reasons, the Complaint will be dismissed without prejudice, and a separate Judgment will be entered.

ENTER: August 18, 2026

/s/ JAMES P. JONES
Senior United States District Judge